AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2019 APR -4  PM 12: 15
SOUTHERN DIST. S/TX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Richard Garza | ) | Case No. 4:19-cr-00232-01   4-19-CR-00232-01 |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ' Superseding Indictment ' Information ' Superseding Information ' Complaint
' Probation Violation Petition ' Supervised Release Violation Petition ' Violation Notice ' Order of Court

| Place: | United States District 515 Rusk St. Houston, Tx 77002 | Courtroom No.: 703 |
|---|---|---|
| | | Date and Time: April 15, 2019 @ 10:00am |

This offense is briefly described as follows:
Cts. 1    CONSPIRACY
Cts. 2-3  THEFT CONCERNING RECEIVING FEDERAL FUNDS
Cts. 4-6  WIRE FRAUD
Cts. 7-8  ENGAGING IN MONETARY TRANSACTIONS

United States Courts
Southern District of Texas
F I L E D
APR 11 2019
David J. Bradley, Clerk of Court

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 04/04/2019

_Issuing officer's signature_
H. Lerma, Deputy Clerk

_Printed name and title_

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ' Returned this summons unexecuted

Date: 4/8/2019 @ 11:41
P/S w/ Atty of Record
M. Leeper @ 5225 Katy
Frwy #705, Houston, TX 77007

_Server's signature_
Joseph Castro DUSM
_Printed name and title_