JUDGE EWING WERLEIN, JR.

Case Manager   M. Flores            Court Reporter Fred Warner
USPO                                 Interpreter  No

Time:  11:40 a.m. to 11:46 a.m.      **DATE August 16, 2019**

---

## CR. No.   H -19-232

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Quincy Ollison, AUSA |
| | § | |
| vs. | § | |
| | § | |
| 1. RICHARD GARZA | § | Matthew Leeper, Retained |
| 2. AHMAD BOKAIYAN | § | Alex Moheb, Retained |

---

## PRETRIAL CONFERENCE

  X   Case remains set:
       JURY SELECTION/TRIAL set     September 23, 2019 at 9:00 a.m.
       Counsel shall appear in Courtroom 11D at 8:00 a.m. to provide and review exhibits to Case Manager.

       Parties shall file no later than September 06, 2019 proposed voir dire questions and jury instructions/charge.

  X   Dfts 1-2 continued on bond.