IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO. 4:19-CR-00232-1 |
| RICHARD GARZA | § | |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**
**BEYOND THE SOUTHERN DISTRICT OF TEXAS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Defendant Richard Garza, by and through his attorney of record, E. Matthew Leeper, III, and respectfully moves this Honorable Court to grant Defendant's travel for the following reasons to wit:

I.

Mr. Richard Garza wishes to travel to the Nevada for his birthday with friends and family. The dates of travel would be Thursday, September 12th to Tuesday, September 17th, 2019. If this motion is granted, Mr. Garza plans to leave Houston on September 12th and return to the Houston area in the late afternoon hours on September 17th, 2019.

II.

Defense counsel has consulted with AUSA Quincy Ollison via electronic mail and he has no objection to the requested travel. Additionally, USPO Tyson Gage has been notified and he has no objection.

For the foregoing reason, Defendant respectfully prays that this Honorable Court grant his request to travel to Seattle, Washington, on the aforementioned dates.

Respectfully submitted,
<u>E.Matthew Leeper, III</u>
E.Matthew Leeper, III
OBA #31622
5225 Katy Fwy. Suite 305
Houston, TX 77007
Phone No. (713) 228-6141

**CERTIFICATE OF CONFERENCE**

I certify that I consulted with AUSA Quincy Ollison on September 9th, 2019 and he is unopposed to this Motion to Travel.

<u>/s/ Emmett Matthew Leeper, III</u>
Emmett Matthew Leeper, III

**CERTIFICATE OF SERVICE**

I, E. Matthew Leeper, III, hereby certify that on this 9th day of September, 2019, I provided a true and correct copy of Defendant's Motion to Travel beyond the Southern District of Texas by electronic filing to Assistant United States Attorney Quincy Ollison.

<u>/s/ E. Matthew Leeper, III</u>
E. Matthew Leeper, III