United States District Court
Southern District of Texas
**ENTERED**
March 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. H-19-CR-232 |
| | § | |
| RICHARD GARZA | § | |

## ORDER RESETTING SENTENCING AND PSR DISCLOSURE

Pending is Defendant Richard Garza's Agreed Motion for Extension of Time to File Objections to the Pre-Sentence Investigation Report (Document No. 51). The Probation Office made an early disclosure of the PSR on February 10, 2020, ten days *before* its due date, and more than six weeks before the sentencing date. Defendant belatedly filed this motion this week. Although not approving counsel's delay, the motion will be GRANTED as follows:

2. Counsel shall file objections or a statement of no objection by March 31, 2020.

3. The Probation Office will submit the final PSR with an addendum seven (7) days before sentencing.

4. Sentencing is RESET to April 24, 2020 at 10:00 a.m.

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 4TH day of March, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE