United States District Court
Southern District of Texas
**ENTERED**
November 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CR. NO. H-19-0232 |
| | § | |
| | § | |
| RICHARD GARZA (01) | § | |

ORDER RESETTING SENTENCING

The sentencing in this case set for November 13, 2020, is RESET to Friday, November 20, 2020, at 11:00 a.m.

The United States is requested to file by noon on Wednesday, November 18, 2020, its response to Defendant Garza's late-filed Motion for Withdrawal of Plea (Doc. No. 96).

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 12th day of November, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE