JUDGE EWING WERLEIN, JR.

Case Manager __Marilyn Flores__         Court Reporter _Lanie Smith_
USPO _Hugo Mejia_                        Interpreter _No_

Time: _11:00 a.m._ to _12:00 p.m._        DATE _March 19, 2021_

---

## CR.No.  4:19-232

| UNITED STATES OF AMERICA | § | Quincy Ollison, AUSA |
| vs. | § | |
| | § | Matthew Leeper, III, Retained |
| RICHARD GARZA (01) | § | Matthew Leeper, Jr., Retained |

---

## MOTION HEARING BY VIDEO (ZOOM)

_X_   Motion Hearing held on Defendant's Motion for Withdraw of Plea (Document No. 96). The motion is DENIED.

SENTENCING remains set for _April 09, 2021, at 11:00 a.m._
Additional submissions relating to sentencing shall be submitted by Defendant no later than Tuesday, March 30, 2021. Any responses are due by Tuesday, April 06, 2021.

_X_   Dft's Bond continued.